UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.S., a minor, by and through his Guardian *ad Litem* Eunjin Stern; Eunjin Stern, an individual and William Stern, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Peloton Interactive, Inc. and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:21-cv-01367-BEN-DEB<br><br>**ORDER GRANTING PELOTON'S MOTION TO COMPEL INDEPENDENT MEDICAL EXAMINATIONS**<br><br>[DKT. NO. 57] |

Defendant Peloton Interactive, Inc., filed a Motion to Compel Independent Medical Examinations of Plaintiffs Eunjin Stern and William Stern ("Motion"). Dkt. No. 57. Plaintiffs opposed. Dkt. No. 59. On January 10, 2023, the Court held a hearing on Peloton's Motion.

Having considered Peloton's Motion, Plaintiffs' opposition, and the parties' arguments at the hearing, the Court **GRANTS** Peloton's Motion for the reasons stated on the record at the hearing.

In accordance with Federal Rule of Civil Procedure 35(a)(2)(B), the Court orders the examinations be conducted by Matthew F. Carroll, M.D., as follows:

- The parties must meet and confer before the close of business on January

1

18, 2023, to schedule the dates and times of the examinations, which must be completed no later than January 31, 2023;

- The examinations will take place at Dr. Carroll's office, unless both parties agree to conduct the examinations remotely or at another location;
- Unless the parties agree or the Court orders otherwise, no attorneys or third parties may attend the examinations;
- The scope of Dr. Carroll's examinations is limited to determining whether Plaintiffs suffer from any mental disease, defect, or condition, and, if so, whether any such disease, defect, or condition was caused by the event(s) at issue in this case;
- Dr. Carroll may not record the examination unless it is necessary for him to form his opinions on the matters listed immediately above and it is his custom and practice to do so;
- Peloton must serve Dr. Carroll's report no later than February 14, 2023.

**IT IS SO ORDERED.**

Dated: January 17, 2023

_____
Daniel E. Butcher
United States Magistrate Judge