**NEHORA LAW FIRM, APC**
RICK J. NEHORA, SB# 277496
*rnehora@nehoralaw.com*
23 Corporate Plaza Drive, Suite 150
Newport Beach, California 92660
Telephone: 949.629.4349
Facsimile: 949.629.4469

Attorneys for Plaintiffs, S.S., a minor, by and through his Guardian *ad Litem* Eunjin Stern; Eunjin Stern, and William Stern

**NEHORA LAW FIRM, APC**
23 Corporate Plaza Drive, Suite 150
Newport Beach, California 92660
(949) 629-4349 • Fax. (949) 629-4469

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| S.S., a minor, by and through his Guardian *ad Litem* Eunjin Stern; Eunjin Stern, an individual and William Stern, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Peloton Interactive, Inc. and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 3:21-cv-01367-BEN-DEB<br><br>**PLAINTIFFS' PRETRIAL DISCLOSURE**<br><br>[Honorable Judge Daniel E. Butcher] |

Plaintiffs, Sidney Stern, a minor by and through his Guardian *ad Litem* Eunjin Stern (hereinafter "Sidney") and Eunjin Stern (hereinafter "Eunjin"), hereby respectfully proffer the instant Pretrial Disclosure pursuant to FRCP 26(a)(3), as follows:

## I. <u>WITNESSES EXPECTED TO BE PRESENT</u>

a. William Stern at 15862 Pomerol Lane, San Diego CA 92127, Tel. (310) 808-3786
b. Eunjin Stern at 15862 Pomerol Lane, San Diego CA 92127, Tel. (805) 587-6760

c. Sidney Stern at 15862 Pomerol Lane, San Diego CA 92127, Tel. (310) 808-3786

d. Solomon Stern at 15862 Pomerol Lane, San Diego CA 92127, Tel. (310) 808-3786

e. Richard L. Trumka Jr. at 4330 East-West Highway Bethesda, MD 20814, Tel. (800) 638-2772

## II. WITNESSES WHO MAY BE PRESENT

a. Mary B. Murphy at 4330 East-West Highway Bethesda, MD 20814, Tel. (800) 638-2772

b. Leah Ippoloito at 4330 East-West Highway Bethesda, MD 20814, Tel. (800) 638-2772

c. Michael J. Rogal at 4330 East-West Highway Bethesda, MD 20814, Tel. (800) 638-2772

d. Jennifer Sultan at 4330 East-West Highway Bethesda, MD 20814, Tel. (800) 638-2772

e. Robert Kaye at 4330 East-West Highway Bethesda, MD 20814, Tel. (800) 638-2772

f. Melissa Hampshire at 4330 East-West Highway Bethesda, MD 20814, Tel. (800) 638-2772

g. Harriet Kerwin at 4330 East-West Highway Bethesda, MD 20814, Tel. (800) 638-2772

h. Alexander Hoehn-Saric at 4330 East-West Highway Bethesda, MD 20814, Tel. (800) 638-2772

i. Peter A. Feldman at 4330 East-West Highway Bethesda, MD 20814, Tel. (800) 638-2772

j. Betina Evancha at 441 9th Avenue, New York, NY 1001, Tel. (800) 347-4404

/ / /

NEHORA LAW FIRM, APC
23 Corporate Plaza Drive, Suite 150
Newport Beach, California 92660
(949) 629-4349 • Fax. (949) 629-4469

## III. DOCUMENTS EXPECTED TO BE PROFFERED

a. Documents pertaining to Tread+ safety produced by Peloton Interactive, Inc.: PEL-STERN 013282, 013599, 033902, 031797, 031187, 031188, 031814, 031815, 031816, 031817, 031818, 031822, 031839, 031888, 031889, 031890, 031891, 031892, 031893, 031894, 031895, 031896, 031897, 031898, 031899, 031900, 031901, 031902, 031903, 031904, 031905, 031906, 031907, 031913, 031914, 031915, 032509, 032510, 033179, 033245, 033426, 033427, 033428, 033429, 033430, 033431, 033432, 033433, 033502-033504, 033506-033510, 033585, 033691, 033692, 033693, 033694, 033695, 033696, 033697, 033698, 033699, 033700, 033701, 033702, 033792-033807, 033840-033841, 033847-033857, 033879-033898, 033881, 033875, 033906, 033907-033960.

b. CPSC Warns Consumers Stop Using the Peloton Tread+ dated April 17, 2021

   i. https://www.cpsc.gov/Newsroom/News-Releases/2021/CPSC-Warns-Consumers-Stop-Using-the-Peloton-Tread

c. Photograph of S.S. produced in the context of written discovery (filename IMG_1859.heic)

d. Introduction Peloton Family Classes – Workout Classes for Family

   i. https://blog.onepeloton.com/peloton-family-classes/

e. Marketing Material photograph (filename Marketing Material.jpeg) produced in the course of written discovery.

f. CPSC and Peloton Announce Recall of Tread+ Treadmills After One Child Death and 70 Incidents; Recall of Tread Treadmills Due to Risk of Injury dated May 5, 2021

   i. https://www.onepeloton.com/press/articles/tread-and-tread-recall

   ii. https://www.cpsc.gov/Newsroom/News-Releases/2021/CPSC-and-Peloton-Announce-Recall-of-Tread-Plus-Treadmills-After-One-

NEHORA LAW FIRM, APC
23 Corporate Plaza Drive, Suite 150
Newport Beach, California 92660
(949) 629-4349 • Fax. (949) 629-4469

Child-Death-and-70-Incidents-Recall-of-Tread-Treadmills-Due-to-Risk-of-Injury

g. Peloton Agrees to Pay $19 Million Civil Penalty for Failure to Immediately Report Tread+ Treadmill Entrapment Hazards and for Distributing Recalled Treadmills dated January 5, 2023

   i. https://www.cpsc.gov/Newsroom/News-Releases/2023/Peloton-Agrees-to-Pay-19-Million-Civil-Penalty-for-Failure-to-Immediately-Report-Tread-Treadmill-Entrapment-Hazards-and-for-Distributing-Recalled-Treadmills

h. Statement of Chair Alexander Hoehn-Saric on Vote to Approve $19.065M Settlement Agreement with Peloton Interactive, Inc. dated January 5, 2023

   i. https://www.cpsc.gov/s3fs-public/12-28-22-AHS-Statement-Peloton-Civil-Penalty-Final.pdf?VersionId=I3ah0x1T6jyMcod5F7IRF5f7aXhehwyV

i. Statement of Commissioner Peter A. Feldman on Peloton Settlement Agreement dated January 5, 2023

   i. https://www.cpsc.gov/s3fs-public/COPF-Peloton-Statement.pdf?VersionId=llORm2bwGjLjIBkqXflmuIilGX6QYRMC

j. CPSC Secures $19.065 Million Penalty Against Peloton for Corporate Misconduct Surrounding Lethal Defect dated January 5, 2023

   i. https://www.cpsc.gov/s3fs-public/RT-Press-Release-on-Peloton.pdf?VersionId=LAi2apqf9VkciXFxc7TuTpmYky2ZFU7P

k. Commissioner Mary T. Boyle Statement on Peloton's Agreement to Pay Major Civil Penalty dated January 5, 2023

   i. https://www.cpsc.gov/s3fs-public/20230105PelotonSettlementStatementCOMBFINAL.pdf?VersionId=GFeeOyHbHejnedSkBECgrrELovyWU5HT

NEHORA LAW FIRM, APC
23 Corporate Plaza Drive, Suite 150
Newport Beach, California 92660
(949) 629-4349 • Fax. (949) 629-4469

l. Peloton Tread+ Treadmill Safety Incident Video

   i. https://www.youtube.com/watch?v=onXNnlCYJ4Y

   ii. https://www.cpsc.gov/Newsroom/Video/Peloton-Tread-Treadmill-Safety-Incident

## IV. DOCUMENTS THAT MAY BE PROFFERED

a. Remarks of Chair Alexander D. Hoehn-Saric International Consumer Product Health and Safety Organization (ICPHSO) 2023 Annual Symposium dated February 22, 2023

   i. https://www.cpsc.gov/s3fs-public/RemarksofCPSCChairAlexHoehnSaricInternationalConsumerProductHealthandSafetyOrganizationICPHSO2023AnnualSymposium.pdf?VersionId=CJNOYn.6PF1oxGM5QhruSBEdxffTskhp

b. Settlement Agreement CPSC Docket No.: 23-C0001 *In the Matter of: Peloton Interactive, Inc.*

   i. https://www.cpsc.gov/s3fs-public/PelotonInteractiveIncProvSettlementAgreementandOrder23C0001p_0.pdf?VersionId=g_6DWNJr3yYooXsSbewPem7N8WLSftnl

c. Meeting Log – Directorate for Engineering Science dated May 12, 2021

   i. https://www.cpsc.gov/s3fs-public/2021-05-12-Treadmill-Standards-from-ASTM-F08-30-Fitness-Products-and-UL-1647-6th-Ed-2020-Motor-operated-Massage-and-Exercise-Machines.pdf

d. April 26, 2021 Letter Re ASTM F2115-19 Standard Specification for Motorized Treadmills

   i. https://www.cpsc.gov/s3fs-public/Treadmills-ASTM-Letter4-26-21.pdf

e. Meeting Log – Directorate for Engineering Sciences dated October 12, 2021

NEHORA LAW FIRM, APC
23 Corporate Plaza Drive, Suite 150
Newport Beach, California 92660
(949) 629-4349 • Fax. (949) 629-4469

i. https://www.cpsc.gov/s3fs-public/ASTM-F08-30-Fitness-Products-Treadmill-Task-Group-Meeting-Log.pdf?VersionId=AhJ7JRZw2C9Y1ih3uyTc4PRFRdvIb_OG

f. Statement of Acting Chairman Robert Adler on the Recall of the Peloton Tread + and Tread May 5, 2021

i. https://www.cpsc.gov/s3fs-public/Statement%20of%20Acting%20Chairman%20Robert%20Adler%20on%20the%20Recall%20of%20the%20Peloton%20Tread%20Plus%20and%20Tread%20Treadmills.pdf

g. Peloton Extends Full Refund for Consumers with the Recalled Tread+ Treadmill to November 6, 2023

i. https://www.cpsc.gov/Newsroom/News-Releases/2023/Peloton-Extends-Full-Refund-for-Consumers-with-the-Recalled-Tread-Treadmill-to-November-6-2023

h. CPSC FOIA Document Production

i. Deposition transcript of Betina Evancha and exhibits thereto

DATED: March 6, 2023 NEHORA LAW FIRM, APC

By: */s/ Rick J. Nehora*

Rick J. Nehora
Attorneys for Plaintiffs, S.S., a minor, by and through his Guardian *ad Litem* Eunjin Stern; Eunjin Stern, and William Stern

NEHORA LAW FIRM, APC
23 Corporate Plaza Drive, Suite 150
Newport Beach, California 92660
(949) 629-4349 • Fax. (949) 629-4469

**CERTIFICATE OF SERVICE**

*S.S., et al. v. Peloton Interactive, Inc., et al.*
United States District Court, Southern District Case No. 3:21-cv-01367-BEN-DEB

At the time of service, I was over 18 years of age and not a party to the action. My business address is 23 Corporate Plaza Dr., Suite 150, Newport Beach, CA 92660.

On March 6, 2023, I served the following document(s): PLAINTIFFS' PRETRIAL DISCLOSURE

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Kevin D. Smith
ksmith@wshblaw.com

Jade N. Tran
jtran@wshblaw.com

The documents were served by the following means:

[X] By electronic service via e-mail to the recipients referenced above.

[ ] Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

[ ] I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses referenced above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 6, 2023, at Newport Beach, California.

*/s/ Rick J. Nehora*
Rick J. Nehora

NEHORA LAW FIRM, APC
23 Corporate Plaza Drive, Suite 150
Newport Beach, California 92660
(949) 629-4349 • Fax. (949) 629-4469