Kevin D. Smith (State Bar No. 113633)
ksmith@wshblaw.com
WOOD, SMITH, HENNING & BERMAN LLP
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Phone: 310-481-7600 ♦ Fax: 310-481-7650

Attorneys for Defendant, PELOTON INTERACTIVE, INC

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| S.S., a minor, by and through his Guardian ad Litem Eunjin Stern; EUNJIN STERN, an individual and WILLIAM STERN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PELOTON INTERACTIVE, INC. and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 3:21-cv-01367-BEN-DEB<br><br>**PELOTON INTERACTIVE, INC.'S PRE-TRIAL DISCLOSURES PURSUANT TO RULE 26(A)(3)**<br><br>Honorable Roger T. Benitez<br>Crtm: 5A |

Defendant PELOTON INTERACTIVE, INC. ("Peloton") by and through their attorneys of record, Wood, Smith, Henning & Berman LLP, hereby serve the following Pre-Trial Disclosures as required by Federal Rule of Civil Procedure 26(a)(3).

**WITNESSES**

**(Rule 26 (a)(3)(A)(i))**

Peloton identified the following witnesses during discovery. The following table summarizes which witnesses Peloton expects to present at trial and those Peloton may call if the need arises.

/ / /

Please be advised that as trial preparation proceeds, Peloton may determine that witnesses herein assigned to one category may change to a different category (i.e., one who is designated "may call if the need arises" could be changed to "expected to be present at trial," and vice versa). For that reason, Peloton reserves the right to supplement or modify this list prior to trial.

| WITNESS | EXPECTED TO TESTIFY | MAY TESTIFY IF NEED ARISES |
|---|---|---|
| S.S., Plaintiff<br>c/o Rick J. Nehora, Esq.<br>Nehora Law Firm, APC<br>23 Corporate Plaza Drive, Suite 150<br>Newport Beach, CA 92660 | | X |
| Eunjin Stern, Plaintiff<br>c/o Rick J. Nehora, Esq.<br>Nehora Law Firm, APC<br>23 Corporate Plaza Drive, Suite 150<br>Newport Beach, CA 92660 | X | |
| William Stern, Percipient<br>c/o Rick J. Nehora, Esq.<br>Nehora Law Firm, APC<br>23 Corporate Plaza Drive, Suite 150<br>Newport Beach, CA 92660 | X | |
| Maureen Coiro, Product Management Director for Defendant Peloton<br>c/o Jade N. Tran, Esq.<br>Wood, Smith, Henning & Berman LLP<br>10960 Wilshire Boulevard, 18th Floor<br>Los Angeles, California 90024-3804 | | X |
| James Gunipero, Senior Director, Quality for Defendant Peloton<br>c/o Jade N. Tran<br>Wood, Smith, Henning & Berman LLP<br>10960 Wilshire Boulevard, 18th Floor<br>Los Angeles, California 90024-3804 | | X |
| Daniel Feinberg, Senior Product Manager for Defendant Peloton<br>c/o Jade N. Tran, Esq.<br>Wood, Smith, Henning & Berman LLP<br>10960 Wilshire Boulevard, 18th Floor<br>Los Angeles, California 90024-3804 | | X |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

| WITNESS | EXPECTED TO TESTIFY | MAY TESTIFY IF NEED ARISES |
|---|---|---|
| Betina Evancha, Vice President, Product Management for Defendant Peloton<br>c/o Jade N. Tran, Esq.<br>Wood, Smith, Henning & Berman LLP<br>10960 Wilshire Boulevard, 18th Floor<br>Los Angeles, California 90024-3804 | X | |
| ***DEFENSE EXPERT***<br>Kathleen Allen Rodowicz, Ph.D., P.E.<br>Exponent<br>3440 Market Street, Suite 600<br>Philadelphia, Pennsylvania 19104 | X | |
| ***DEFENSE EXPERT***<br>Christopher R. Thompson, M.D.<br>10850 Wilshire Blvd., Suite 850<br>Los Angeles, CA 90024 | X | |
| ***DEFENSE EXPERT***<br>Douglas E. Young, Ph.D.<br>Exponent<br>5401 McConnell Avenue<br>Los Angeles, California 90066 | X | |
| ***DEFENSE EXPERT***<br>Matthew F. Carroll, M.D.<br>501 W Broadway # 1340<br>San Diego, CA 92101 | X | |

Peloton reserves the right to call any witness named by Plaintiffs. Peloton reserve the right to call any witness as may be necessary for the purpose of impeachment. Peloton may call any and all witnesses called in rebuttal to testimony given by Plaintiffs' witnesses. Peloton reserve the right to object to any of Plaintiffs' witnesses at the time of trial.

## DEPOSITION DESIGNATIONS

**(Rule 26 (a)(3)(A)(ii))**

Peloton does not currently expect to present any testimony by way of deposition. All witnesses are expected to testify in person; however, if a witness becomes unavailable, Peloton reserves the right to use the deposition testimony of that witness. The following witnesses were deposed in this matter:

1. William Stern on October 3, 2022;
2. Eunjin Stern on October 6, 2022;
3. Betina Evancha on September 28, 2022;
4. Scott Matthews, Ph.D. on November 21, 2022;
5. Jan Roughan on December 1, 2022; and
6. Laura Miele, Ph.D. on December 13, 2022.

Peloton reserves the right to use any depositions designated by Plaintiff and any other party related to this matter. Peloton further reserves the right to use any testimony given in the above-named depositions during the trial of this matter regardless of the subject matter, including any additional volumes of the transcript and exhibits attached thereto, Peloton does not waive the right to challenge and exclude such deposition testimony and/or exhibits, or portions thereof, on any basis. Peloton reserves the right to use the testimony of Plaintiffs' expert witnesses as listed in their testimony history list. Peloton reserves the right to use any deposition testimony that may be necessary for the purpose of impeachment.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

**DOCUMENTS**

**(Rule 26 (a)(3)(A)(iii))**

The following table summarizes the documents Peloton expects to offer at trial and those Peloton may offer if the need arises. Please be advised that as trial preparation proceeds, Peloton may determine that documents herein assigned to one category may change to a different category (i.e., one designated "may offer if the need arises" could be changed to "expected to be offered at trial," and vice versa). For that reason, Peloton reserves the right to supplement or modify this list of documents prior to trial.

/ / /

/ / /

/ / /

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

## DOCUMENTS DISCLOSED BY ALL PARTIES

| BATES RANGE | DESCRIPTION | EXPECTED TO BE OFFERED AT TRIAL | MAY BE OFFERED IF THE NEED ARISES |
|---|---|---|---|
| N/A | Undated photograph of Sidney Stern produced by Plaintiffs | X | |
| PEL-STERN-000001 | Peloton Safety Card | X | |
| PEL-STERN-000002-000029 | Peloton Tread Manual | X | |
| PEL-STERN-000030 | Peloton Read on-device warning labels | X | |
| PEL-STERN-000031-000033 | March 18, 2021 Note from John Foley about Tread+ | | X |
| PEL-STERN-000034-000036 | April 17, 2021 CPSC Warning | | X |
| PEL-STERN-000037-00039 | April 17, 2021 Peloton Response to CPSC Warning | | X |
| PEL-STERN-000040-00043 | April 21, 2021 Follow-up note from John Foley | | X |
| PEL-STERN-000044-000047 | May 5, 2021 Recall Notice for Tread+ | | X |
| PEL-STERN 31834 | July 23, 2020 at 7:13pm contact from William Stern to Peloton | | X |
| PEL-STERN 31837 | July 23, 2020 at 7:23pm contact from William Stern to Peloton | | X |
| PEL-STERN 31829 | June 10, 2021 contact from William Stern to Peloton | | X |
| PEL-STERN 31824 | July 12, 2021 at 4:46 pm contact from William Stern to Peloton | | X |
| PEL-STERN 31827 | July 12, 2021 at 5:24 pm contact from William Stern to Peloton | | X |
| PEL-STERN 31825-31826 | July 12, 2021 at 6:52 pm contact from William Stern to Peloton | | X |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

| BATES RANGE | DESCRIPTION | EXPECTED TO BE OFFERED AT TRIAL | MAY BE OFFERED IF THE NEED ARISES |
|---|---|---|---|
| PEL-STERN 31832 | July 16, 2021 contact from William Stern to Peloton | | X |
| PEL-STERN 31823 | Recorded call from William Stern to Peloton | | X |
| PEL-STERN 31909 | Recorded call from William Stern to Peloton | | X |
| PEL-STERN 31910 | Recorded call from William Stern to Peloton | | X |
| PEL-STERN 31911 | Recorded call from William Stern to Peloton | | X |
| PEL-STERN 31912 | Recorded call from William Stern to Peloton | | X |
| Evancha Depo Exhibit B | Introducing Peloton Family Classes | | X |
| Evancha Depo Exhibit C | Undated marketing photograph | | X |
| Evancha Depo Exhibit D | Marketing video | | X |
| Evancha Depo Exhibit E | Marketing video | | X |
| Evancha Depo Exhibit F | Peloton social media posts PEL-STERN-033879-033898 | | X |
| W. Stern Depo Exhibit 1 | LinkedIn Profile | | X |
| W. Stern Depo Exhibit 2 | Tread Specification Sheet | X | |
| W. Stern Depo Exhibit 3 | Sidney photograph with notations | X | |
| W. Stern Depo Exhibit 4 | Peloton Tread Manual | X | |
| W. Stern Depo Exhibit 5 | Tread on-device warnings | X | |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

| BATES RANGE | DESCRIPTION | EXPECTED TO BE OFFERED AT TRIAL | MAY BE OFFERED IF THE NEED ARISES |
|---|---|---|---|
| W. Stern Depo Exhibit 6 | Peloton Safety Card | X | |
| W. Stern Depo Exhibit 7 | Plaintiff's Complaint | | X |
| W. Stern Depo Exhibit 8 | Peloton marketing photo | | X |
| W. Stern Depo Exhibit A | Hand drawing of guestroom at time of incident | X | |
| W. Stern Depo Exhibit 1A | Bank of Cardiff profile of W. Stern | | X |
| W. Stern Depo Exhibit B | Hand drawing of current guestroom | X | |
| E. Stern Depo Exhibit 1 | Hand drawing of guest room March 2020 | X | |
| E. Stern Depo Exhibit 2 | Tread Specifications | X | |
| E. Stern Depo Exhibit 3 | Photograph of Sidney with notations | X | |
| E. Stern Depo Exhibit 4 | Hand drawing of guest room October 2022 | X | |
| E. Stern Depo Exhibit 6 | YouTube channel: Eunjin Audrey | X | |
| E. Stern Depo Exhibit 7 | YouTube video: Father's Day 2022 | X | |
| E. Stern Depo Exhibit 8 | YouTube video: Trent Park | X | |
| E. Stern Depo Exhibit 9 | YouTube video: Dad Cherishes Time | X | |
| E. Stern Depo Exhibit 10 | YouTube video: Welcome Home, Dad | X | |
| E. Stern Depo Exhibit 11 | YouTube video: Sidney Scared Me! | X | |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

| BATES RANGE | DESCRIPTION | EXPECTED TO BE OFFERED AT TRIAL | MAY BE OFFERED IF THE NEED ARISES |
|---|---|---|---|
| E. Stern Depo Exhibit 12 | YouTube video: We Found the Best Mexican Food Ever! | X | |
| E. Stern Depo Exhibit 13 | YouTube video: Best Summer Vacation Ever? | X | |
| E. Stern Depo Exhibit 14 | YouTube video: What's the Best Tequila? | X | |
| E. Stern Depo Exhibit 15 | Plaintiff's Complaint | | X |
| E. Stern Depo Exhibit 16 | Ad with woman and child doing yoga | | X |
| S, Matthews Depo Exhibit 4 | Independent Psych Exam of Eunjin Stern | | X |
| S, Matthews Depo Exhibit 5 | Independent Psych Exam of William Stern | | X |
| S, Matthews Depo Exhibit 6 | October 13, 2022 letter from Richard Levak, Ph.D. | | X |
| S, Matthews Depo Exhibit 7 | GAD-7 for Eunjin Stern | | X |
| S, Matthews Depo Exhibit 8 | PTSD Checklist for William Stern | | X |
| S, Matthews Depo Exhibit 9 | Letter to Mr. Nehora | | X |
| S, Matthews Depo Exhibit 10 | Invoices from Scott C. Matthews, M.D. | | X |
| Roughan Depo Exhibit 4 | October 24, 2022 Report | | X |
| Roughan Depo Exhibit 5 | Case Notes | | X |
| Roughan Depo Exhibit 6 | November 2022 Life Care Plan | | X |
| Roughan Depo Exhibit 7 | Cost Resource Index | | X |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

| BATES RANGE | DESCRIPTION | EXPECTED TO BE OFFERED AT TRIAL | MAY BE OFFERED IF THE NEED ARISES |
|---|---|---|---|
| N/A | Kathleen Rodowicz CV and testimony list | | X |
| N/A | Kathleen Rodowicz's October 24, 2022 Report | X | |
| N/A | Kathleen Rodowicz Faro Focus laser scans of July 20, 2022 | X | |
| N/A | Kathleen Rodowicz scaled plan views | X | |
| N/A | Kathleen Rodowicz's site inspection photographs taken on July 20, 2022 | X | |
| N/A | Kathleen Rodowicz Expert File | | X |
| N/A | Douglas Young CV and testimony list | | X |
| N/A | Douglas Young, November 14, 2022 Report | X | |
| N/A | ANSI Z535.1 – 2011 | | X |
| N/A | ANSI Z535.4 – 2011 | | X |
| N/A | ASTM F2115-12 | | X |
| N/A | ASTM F1749-15 | | X |
| N/A | ASTM F2276-10 | | X |
| N/A | American College of Sports Medicine Health/Fitness Standards and Guidelines | | X |
| N/A | Douglas Young Expert file | | X |
| N/A | Christopher Thompson, M.D. CV and testimony list | | X |
| N/A | Christopher Thompson, M.D. November 14, 2022 report re Eunjin Stern | X | |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

| BATES RANGE | DESCRIPTION | EXPECTED TO BE OFFERED AT TRIAL | MAY BE OFFERED IF THE NEED ARISES |
|---|---|---|---|
| N/A | Christopher Thompson, M.D. November 14, 2022 report re William Stern | X | |
| N/A | Christopher Thompson, M.D. Expert file | | X |
| N/A | Matthew Carroll, M.D. CV and testimony list | | X |
| N/A | Matthew Carroll, M.D. February 28, 2023 report re Eunjin Stern | X | |
| N/A | Eunjin Stern MMPI-2 Report | | X |
| N/A | Eunjin Stern MCMI-IV Report | | X |
| N/A | Matthew Carroll, M.D. February 28, 2023 report re William Stern | X | |
| N/A | William Stern MMPI-2 Report | | X |
| N/A | William Stern MCMI-IV Report | | X |
| N/A | Matthew Carroll, M.D. Expert file | | X |
| N/A | Richard Levak, Ph.D. Subpoenaed Records re Eunjin Stern | | X |
| N/A | Richard Levak, Ph.D. Subpoenaed Records re William Stern | | X |

Any and all documents, including discovery responses produced by the Plaintiffs in this matter. Peloton reserves the right to supplement this list as information becomes available.

Peloton may use any and all writings, published works, journals, treatises, medical texts, affidavits, films, drawings, graphs, charts, photographs, reports, computer tapes, computer discs, and other data compilations, and other medical

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

reference materials which Plaintiffs and/or Plaintiffs' experts used in support of Plaintiffs' allegations.

Peloton may also use the Parties' responses to discovery as necessary.

Peloton reserve the right to object to the admission of Plaintiffs' exhibits at the time of trial.

Peloton reserve the right to use any and all other exhibits needed for rebuttal or impeachment.

DATED: March 6, 2023 WOOD, SMITH, HENNING & BERMAN LLP

By: *_/s/ Kevin D. Smith_*
KEVIN D. SMITH
Attorneys for Defendant, PELOTON INTERACTIVE, INC.

# CERTIFICATE OF SERVICE

**Stern v. Peloton**
**Case No. 3:21-cv-01367-BEN-DEB**

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 501 West Broadway, Suite 1200, San Diego, CA 92101.

On March 6, 2023, I served the following document(s) described as **PELOTON INTERACTIVE, INC.'S PRE-TRIAL DISCLOSURES PURSUANT TO RULE 26(A)(3)** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 6, 2023, at San Diego, California.

*/s/ Kate M. Baker*
Kate M. Baker

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

**SERVICE LIST**
**Stern v. Peloton**
**Case No. 3:21-cv-01367-BEN-DEB**

Rick J. Nehora, Esq.
Nehora Law Firm, APC
23 Corporate Plaza Drive
Suite 150
Newport Beach, CA 92660
Tel: (949) 629-4349
Email: rnehora@nehoralaw.com
**Attorneys for PLAINTIFFS, S.S., a minor; EUNJIN STERN and WILLIAM STERN**

Erin M. Bosman, Esq.
Julie Y. Park, Esq.
Alexandra P. Barlow, Esq.
Morrison & Foerster LLP
12531 High Bluff Drive
San Diego, CA 92130-2040
Tel: (858) 720-5100 / Fax: (858) 720-5125
Email: EBosman@mofo.com
Email: JuliePark@mofo.com
Email: ABarlow@mofo.com
**Attorneys for Defendant, PELOTON INTERACTIVE. INC.**