Kevin D. Smith (State Bar No. 113633)
ksmith@wshblaw.com
Jade N. Tran (State Bar No. 216014)
jtran@wshblaw.com
WOOD, SMITH, HENNING & BERMAN LLP
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Tel: 310-481-7600 ♦ Fax: 310-481-7650

Attorneys for Defendant, PELOTON INTERACTIVE, INC.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

S.S., a minor, by and through his Guardian ad Litem Eunjin Stern; EUNJIN STERN, an individual and WILLIAM STERN, an individual,

Plaintiffs,

v.

PELOTON INTERACTIVE, INC. and DOES 1 through 50, Inclusive,

Defendants.

Case No. 3:21-cv-01367-BEN-DEB

**DEFENDANT PELOTON INTERACTIVE, INC.'S SUPPLEMENTAL DISCLOSURE WITH RESPECT TO SUPPLEMENTAL/REBUTTAL EXPERT MATTHEW F. CARROLL, M.D.**

Honorable Roger T. Benitez
Ctrm: 5A

Pursuant to Federal Rules of Civil Procedure rule 26(a)(2)(B)(v) and ECF Nos. 64 and 67, Defendant, PELOTON INTERACTIVE, INC. hereby supplements its Supplemental/Rebuttal IME Expert Designation and Disclosure served on March 1, 2023, with Exhibit 1, which is a list of the matters retained expert, Matthew F. Carroll, M.D., has testified as an expert at trial or deposition in the last four years.

DATED: March 8, 2023 WOOD, SMITH, HENNING & BERMAN LLP

By: */s/ Jade N. Tran*
KEVIN D. SMITH
JADE N. TRAN
Attorneys for Defendant, PELOTON INTERACTIVE, INC.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

# EXHIBIT 1

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

**MATTHEW F. CARROLL, MD**

**LIST OF TESTIMONY**

**(February 2019 – Present)**

**February 2023**

1. Roslyn Sanchez CALPERS Hearing (testimony)
2. Taimara Coleman v. CDCR (depo)

**January 2023**

1. Board of Pharmacy Department of Consumer Affairs v. Paolo Dano (testimony)
2. Bianca Petrinec v. Michael Sukay (deposition)

**November 2022**

1. Robert J. Foss v. International Institute of Los Angeles (testimony)

**October 2022**

1. Reba White v. CDCR (deposition)
2. Silvia Jacobs v. SDG&E (deposition)

**August 2022**

1. US v. Luis Ochoa (testimony)
2. Fani Ponirou Alnadawi v. Flemings Prime Steakhouse Brands, Inc

**June 2022**

1. US v. David Alexis Rodriguez (testimony)
2. The Estate of Roger Charles Alperin
   Howard Alperin v. Davene Gaye Alperin (testimony)

**May 2022**

1. Thomas Webb v. Kohler Co. (depo)

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

**March 2022**

1. Benjamin Sherman & Zayd Hammoudeh v. The Regents of The University of California (depo)
2. Wyatt Sushinsky v. Alberto and Lucy Acevedo (depo)

**February 2022**

1. Perian v. Geico (testimony)

**January 2022**

1. Jeanine Morgan v. McDonald's et al (depo)
2. Alicia Clark v. Arthroscopic & Laser Surgery Center of San Diego (testimony)

**December 2021**

1. Andrew Rudnicki v. Farmers Insurance (testimony)

**October 2021**

1. Andrew Rudnicki v. Farmers Insurance (depo)

**August 2021**

1. State of California v. Choji Sy (testimony)

**July 2021**

1. Kimberly Skovold v. South Bay BMW. et al (testimony)
2. Tinomeneta Taupau v. RJ Donovan Correctional Facility of California (testimony)

**June 2021**

1. Tristen Abbott v. Sodexo Management, Inc et al (depo)
2. Hunter Browning v. Sodexo Management, Inc et al (depo)
3. Michael Baker v. Sodexo Management, Inc et al (depo)
4. Chase Evers v. Sodexo Management, Inc et al (depo)
5. Conner Lader v. Sodexo Management, Inc et al (depo)
6. Albert Sandoval v. HMC Group (depo)

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

7. Kimberly Skovold v. South Bay BMW. et al (depo)

**November 2020**

1. Masoumeh Rastgouie v. Michael Kors Stores, et al

**May 2020**

1. Julia Vega v. Honeywell International (depo)
2. Alicia Clark v. Oasis (depo)

**February 2020**

1. Finaln v. Chase (testimony)

**January 2020**

1. Chelley Correa v. Diepan (depo)
2. Lee v. Keyler (depo)
3. Finlan v. Chase (depo)

**December 2019**

1. California v. Guerrero (testimony)

**October 2019**

1. Cindy Salgado v. IQVIA, Inc (depo)

**September 2019**

1. Stephanie Van de Motter v. The Irvine Company (depo)
2. Sally Tillosteon v. The Irvine Company (depo)
3. Stephanie Van de Motter v. The Irvine Company (Arbitration)
4. Sally Tillosteon v. The Irvine Company (Arbitration)

**June 2019**

1. United States v. Figuerroa- Larrea (testimony)

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

**<u>May 2019</u>**

1. Jose Medina (conservatorsip)
2. California v. Jon Guerrero (testimony)

**<u>March 2019</u>**

1. Zoraida Villa v. United Metal Products (testimony)
2. Michael Haystingh v. City of San Diego (testimony)
3. 3. Ali Mendoza v. National City (testimony)

**<u>February 2019</u>**

1. Jennifer Francis v. City of Los Angeles (deposition)

Jane Doe v. Jacques Jones (testimony)

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

# CERTIFICATE OF SERVICE

**Stern, et al. v. Peloton Interactive, Inc.**
**Case No. 3:21-cv-01367-BEN-DEB**

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 501 West Broadway, Suite 1200, San Diego, CA 92101.

On March 8, 2023, I served the following document(s) described as **DEFENDANT PELOTON INTERACTIVE, INC.'S SUPPLEMENTAL DISCLOSURE WITH RESPECT TO SUPPLEMENTAL/REBUTTAL EXPERT MATTHEW F. CARROLL, M.D.**

**BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule 5(b):** by electronically mailing a true and correct copy through Wood, Smith, Henning & Berman, LLP's electronic mail system to the e-mail address(es) set forth in the attached service list per agreement with Federal Rules of Civil Procedure rule 5(b).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 8, 2023, at San Diego, California.

*/s/ Kate M. Baker*
Kate M. Baker

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

# SERVICE LIST
## Stern, et al. v. Peloton Interactive, Inc.
## Case No. 3:21-cv-01367-BEN-DEB

Rick J. Nehora, Esq.
Nehora Law Firm, APC
23 Corporate Plaza Drive
Suite 150
Newport Beach, CA 92660
Tel: (949) 629-4349
Email: rnehora@nehoralaw.com
**Attorneys for PLAINTIFFS, S.S., a minor; EUNJIN STERN and WILLIAM STERN**

Erin M. Bosman, Esq.
Julie Y. Park, Esq.
Alexandra P. Barlow, Esq.
Morrison & Foerster LLP
12531 High Bluff Drive
San Diego, CA 92130-2040
Tel: (858) 720-5100 / Fax: (858) 720-5125
Email: EBosman@mofo.com
Email: JuliePark@mofo.com
Email: ABarlow@mofo.com
**Attorneys for Defendant, PELOTON INTERACTIVE. INC.**