Kevin D. Smith (State Bar No. 113633)
ksmith@wshblaw.com
Jade N. Tran (State Bar No. 216014)
jtran@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Phone: 310-481-7600 ♦ Fax: 310-481-7650

Attorneys for Defendant, PELOTON INTERACTIVE, INC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.S., a minor, by and through his Guardian ad Litem Eunjin Stern; EUNJIN STERN, an individual and WILLIAM STERN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> PELOTON INTERACTIVE, INC. and DOES 1 through 50, Inclusive, <br><br> Defendants. | Case No. 3:21-cv-01367-BEN-DEB <br><br> **JOINT MOTION OF VOLUNTARY DISMISSAL** <br><br> Honorable Roger T. Benitez <br> Crtm: 5A |

1  Pursuant to Southern District of California Civil Local Rule 7.2, Plaintiffs
2  S.S., an minor through his Guardian ad Litem, Eunjin Stern and Eunjin Stern,
3  individually ("Plaintiffs") and Defendant Peloton Interactive, Inc. ("Defendant")
4  through their respective counsel (collectively the "Parties"), hereby submit this Joint
5  Motion of Voluntary Dismissal per the following:
6  WHEREAS on February 20, 2024, The Parties participated in a mandatory
7  settlement conference with Magistrate Judge Michelle M. Pettit, wherein a
8  settlement of all claims was reached contingent on approval of a minor's
9  compromise, for S.S.;
10  WHEREAS on March 25, 2024, Plaintiffs filed their Motion to File
11  Documents Under Seal;
12  WHEREAS on April 1, 2024, Plaintiffs lodged their Motion to Approve
13  Minor's Compromise under seal;
14  WHEREAS on May 2, 2024, the Court granted both the Motion to File
15  Documents Under Seal and the Motion for Approval of Minor's Compromise;
16  WHEREAS on June 1, 2024, Plaintiffs submitted proof of depositing funds
17  into a blocked account for minor, S.S.;
18  WHEREAS, there are no remaining claims and Plaintiffs no longer wish to
19  pursue this action; and
20  WHEREFORE, pursuant to the agreement of the Parties, the Parties
21  respectfully request that the Court enter an order dismissing the instant matter with
22  prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Parties
23  agree to each bear their own fees and costs and that documents filed by Plaintiffs
24  under seal shall remain under seal.
25  / / /
26  / / /
27  / / /
28  / / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

DATED: June 1, 2024         NEHORA LAW FIRM, APC

By:   */s/ Rick J. Nehora*
      RICK J. NEHORA
Attorneys for Plaintiffs


DATED: June 4, 2024         WOOD, SMITH, HENNING & BERMAN LLP

By:   */s/ Jade N. Tran*
      JADE N. TRAN
      KEVIN D. SMITH
Attorneys for Defendant, PELOTON INTERACTIVE, INC.

### SIGNATURE ATTESTATION

Pursuant to Section 2(f)(4) of the electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Rick J. Nehora, Counsel for Plaintiffs, and I have obtained Mr. Nehora's authorization to affix his electronic signature to this document.

      */s/Jade N. Tran*
      Jade N. Tran

33055358.1:12297-0003 JOINT MOTION OF VOLUNTARY DISMISSAL      -3-      Case No. 3:21-cv-01367-BEN-DEB

# CERTIFICATE OF SERVICE

**Stern, et al. v. Peloton Interactive, Inc.**
**Case No. 3:21-cv-01367-BEN-DEB**

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 501 West Broadway, Suite 1200, San Diego, CA 92101.

On June 4, 2024, I served the following document(s) described as **JOINT MOTION OF VOLUNTARY DISMISSAL** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 4, 2024, at San Diego, California.

*/s/ Kate M. Baker*
Kate M. Baker

33055358.1:12297-0003 JOINT MOTION OF VOLUNTARY DISMISSAL      -4-      Case No. 3:21-cv-01367-BEN-DEB

**SERVICE LIST**
**Stern, et al. v. Peloton Interactive, Inc.**
**Case No. 3:21-cv-01367-BEN-DEB**

Rick J. Nehora, Esq.
Nehora Law Firm, APC
23 Corporate Plaza Drive
Suite 150
Newport Beach, CA  92660
Tel: (949) 629-4349
Email: rnehora@nehoralaw.com
**Attorneys for PLAINTIFFS, S.S., a minor; EUNJIN STERN and WILLIAM STERN**